B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **Robert D. Mordini, Jr.**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SB1 General Portfolio Owner LLC<br>c/o Broe Group<br>252 Clayton Street<br>4th Floor<br>Denver, CO 80206 | | Arapahoe Commons Foreclosed Loan | | $7,060,753.00 |
| Mile High Banks<br>8400 East Crescent Parkway<br>Suite 150<br>Greenwood Village, CO 80111<br>ATTN: Corey Wagner | | Mordini Holdings Bank Loan | CONTINGENT | $6,471,521.00 |
| C-III Asset Management, LLC<br>5221 North O'Connor Boulevard,<br>Suite 600<br>Irving, TX 75039<br>ATTN: Clinton Graham | | Aspen MHP Bank Loan | CONTINGENT | $5,258,969.00 |
| Guaranty Bank and Trust<br>6501 East Belleview Avenue<br>Englewood, CO 80111<br>ATTN: Jeff Sauer | | | CONTINGENT | $4,182,740.00 |
| Southern Colorado National Bank<br>PO Box 8750<br>Pueblo, CO 81008 | Southern Colorado National Bank<br><br>Southern Colorado National Bank<br>PO Box 8750<br>Pueblo, CO 81008 | Personal Guarantee of Business Debt | CONTINGENT<br>UNLIQUIDATED | $3,291,000.00 |
| SB1 Portfolio Owner, LLC<br>c/o Associated Bank, NA<br>740 Marquette Avenue<br>Minneapolis, MN 55402 | SAB1 General Portfolio Owner, LLC<br><br>SB1 Portfolio Owner, LLC<br>c/o Associated Bank, NA<br>740 Marquette Avenue<br>Minneapolis, MN 55402 | Personal Guarantee of Business Debt | CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | $3,000,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Robert D. Mordini, Jr.** , Case No. _____
Debtor        Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| RADC/CADC Venture, LLC<br>c/o MREC Funding, LLC<br>4200 West 115th Street, Suite 100<br>Leawood, KS 66211 | | | CONTINGENT | $2,512,672.00 |
| The Fitzsimmons Redevelopment Authority<br>12635 East Montview Blvd.<br>ATTN: Executive Director<br>Aurora, CO 80010 | | | | $2,500,000.00 |
| First Bank of Parker<br>10961 South Parker Road<br>Parker, CO 80134<br>ATTN: Charlie Kercheval | | | CONTINGENT | $2,000,000.00 |
| Community Banks of Colorado<br>5570 DTC Parkway<br>Greenwood Village, CO 80111<br>ATTN: Matthew Tuggle | Matthew Tuggle (720) 872-4983<br><br>Community Banks of Colorado<br>5570 DTC Parkway<br>Greenwood Village, CO 80111<br>ATTN: Matthew Tuggle | | | $1,800,000.00 |
| Legacy Bank<br>730 Desert Flower Blvd.<br>Pueblo, CO 81001<br>ATTN: Teri Zupan | | | CONTINGENT | $1,662,062.60 |
| Residences at Northcreek<br>1780 South Bellaire Street<br>Suite 490<br>Denver, CO 80222 | | HOA for Northcreek 308 LLC | | $10,416.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Robert D. Mordini, Jr.**                              , Case No. _____
                         Debtor                                  Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| United Healthcare<br>Springfield Small Group<br>P.O. Box 740800<br>Atlanta, GA 30374-0800 | | Medical Insurance | | $7,466.83 |
| Legacy Bank<br>730 Desert Flower Blvd<br>Pueblo, CO 81001 | Legacy Bank<br><br>Legacy Bank<br>730 Desert Flower Blvd<br>Pueblo, CO 81001 | Personal Guarantee of Business Debt | DISPUTED | $1,662,062.60 |
| Wells Fargo Bank<br>Commercial Mortgage Servcing<br>201 South College Street<br>D1100-90, 9th Floor<br>Charlotte, NC 28244-1075 | | | | $1,353,860.35 |
| United Mileage Plus<br>Cardmember Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | Credit Card | | $3,390.21 |
| Frontier Airlines<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | | Credit Card | | $2,628.28 |
| Citywide Banks<br>10637 East Briarwood Circle<br>Centennial, CO 80112<br>ATTN: Brian Hickey | | | CONTINGENT | $1,337,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Robert D. Mordini, Jr.**  , Case No. _____

Debtor

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Morgan-Stanley Smith Barney** **126 West D Street Suite A Pueblo, CO 81003** | | | **SUBJECT TO SETOFF** | **$1,105,129.00** |
| **Colorado State Bank and Trust** **1600 Broadway Denver, CO 80202 ATTN: Shaw Thomas** | | | **CONTINGENT** | **$1,091,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY

I, **Robert D. Mordini, Jr.**, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____    Signature: _____

**Robert D. Mordini, Jr.**
(Print Name of Debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Robert D. Mordini, Jr.**_____,  Case No. _____
                         Debtor                         Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

## DECLARATION UNDER PENALTY OF PERJURY

I, **Robert D. Mordini, Jr.**, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _March 16, 2011_            Signature: _____

                                        **Robert D. Mordini, Jr.**
                                        (Print Name of Debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.