UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Robert D. Mordini, Jr.
      Debtor(s)　　　　　　　　　　　　　　Case No.:　11-15491-ABC
　　　　　　　　　　　　　　　　　　　　　　　Chapter:　11

Notice of Deficiency
Failure to File Statement of Financial Affairs and/or Schedules, Corporate Resolution, and/or
Verification of Creditor Matrix
And Notice of U. S. Trustee's Standing Motion to Dismiss

This Notice refers to the following document filed with the court on : 3/17/2011
By : David M. Miller
      • Voluntary Petition and/or Voluntary Petition Official Form 1 dated (01/08)

This Notice refers to the following missing documents which were NOT filed with the court
and your case will be dismissed if you do not file the missing document(s):

      • Statement of financial affairs -
      • Schedules - All

It appears that the debtor has filed a petition which is not accompanied by the statement of financial affairs and schedules required by 11 U.S.C. 521(1). Pursuant to Fed.R.Bankr.P. 1007(c), the debtor shall file said statement and schedules within 14 days after filing the petition. The deficiency cure date appears below.

**In any case in which the debtor files a statement, schedule or creditors address matrix after the receipt of a notice of deficiency issued by the clerk pursuant to Local Bankruptcy Rule 1017-3, the debtor shall serve a copy of such statement, list or schedule on the United States Trustee and any chapter 7, 11, 12, or 13 trustee serving in the case, and shall file an appropriate Certificate of Service as evidence thereof.**

NOTICE IS HEREBY GIVEN that the Court cannot, or may not be able to, administer the case effectively due to the above-described deficiency. The United States Trustee has filed a Standing Motion to Dismiss Deficient Case pursuant to Local Bankruptcy Rule 505(a)(3) which now applies to the incomplete case or deficiency described herein. In the event debtor fails to cure this incomplete case on or before the date specified, unless that date is extended by a Court order entered prior to said date, this case shall be dismissed pursuant to 11 U.S.C. 707(a)(3), 1112(b), 1208(c), or 1307(c), as applicable.

| | |
|---|---|
| DEFICIENCY CURE DATE: 3/31/2011 | FOR THE COURT:<br>Bradford L. Bolton, Clerk<br><br>s/ Cruzer Gonzales<br>　　　　　　Deputy Clerk<br><br>Dated  3/18/2011 |

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV