UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Robert D. Mordini, Jr.
      Debtor(s)

Case No.: 11-15491-ABC
Chapter: 11

Notice of Deficiency

This Notice refers to the following document filed with the court on : 3/17/2011
By : David M. Miller
- Voluntary Petition and/or Voluntary Petition Official Form 1 dated (01/08)

This Notice refers to the following missing documents which were NOT filed with the court and your case will be dismissed if you do not file the missing document(s):

- Statement of Current Monthly Income--Chapter 11 (Form B22 B)

NOTICE IS HEREBY GIVEN that the Court cannot, or may not be able to administer your case effectively because of the missing document(s). If you do not timely file the missing documents, this case will be dismissed. (Pursuant to Local Bankruptcy Rule 1017-3, the United States Trustee's Standing Motion to Dismiss Deficient Case now applies to this deficient case. The rules and statutes that explain the document filing requirements and support dismissal when those requirements are not met are found in: (a) 11 U.S.C. § 521; (b) Fed.R.Bankr.P. 1007; and (c) Local Bankruptcy Rules 1007-1 and 1017-3. Under this Notice, your case may be dismissed no sooner than in fourteen days from the date that you filed the case pursuant to 11 U.S.C. §§ 707, 112, 1208 or 1307, as applicable, without any additional notice or a hearing. Moreover, the failure to timely file the missing documents will result in the dismissal of the case pursuant to 11 U.S.C. 521.)*

DEFICIENCY CURE DATE: 3/31/2011

FOR THE COURT:
Bradford L. Bolton, Clerk

s/ Cruzer Gonzales
      Deputy Clerk

Dated  3/18/2011

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER
WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE
CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE
COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

*If your case was filed electronically by an attorney, the attorney already has received this deficiency notice.