UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-15491 ABC |
| ROBERT D. MORDINI, JR. ) | |
| SSN: xx-xxx-7513 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## APPLICATION TO EMPLOY ATTORNEYS

The Debtor, Robert D. Mordini, Jr., ("Debtor"), by and through his attorneys, Kutner Miller Brinen, P.C., states his Application to Employ Attorneys as follows:

1. The Debtor filed his Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code on March 17, 2011.

3. In connection with all matters required of the Debtor under the Bankruptcy Code, the Debtor desires to employ the services of Kutner Miller Brinen, P.C., a firm of attorneys admitted to practice in this Court ("Counsel"). Counsel's offices are located at 303 East 17th Avenue, Suite 500, Denver, Colorado 80203.

4. The Debtor has selected Counsel for the reason that it has had considerable experience in matters of this character, and the Debtor believes that Counsel is well qualified to represent it in this case.

5. The professional services that Counsel are to render are:

    a. To provide the Debtor with legal advice with respect to his powers and duties;

    b. To aid the Debtor in the development of a plan of reorganization under Chapter 11;

    c. To file the necessary petitions, pleadings, reports, and actions which may be required in the continued administration of the Debtor's property under Chapter 11;

    d. To take necessary actions to enjoin and stay until final decree herein continuation of pending proceedings and to enjoin and stay until final decree herein commencement of lien foreclosure proceedings and all matters as may be provided under 11 U.S.C. § 362; and

  e. To perform all other legal services for the Debtor which may be necessary herein.

6. It is necessary for the Debtor to employ an attorney for such professional services.

7. To the best of Debtor's and Counsel's knowledge, Counsel has no connection or relationship with creditors and is disinterested as defined in the Code. See Affidavit of Counsel attached hereto as Exhibit A.

8. Counsel represents no interest adverse to the estate in the matter upon which it is to be engaged for the Debtor, and its employment is in the best interests of the estate.

9. The Debtor desires to employ Counsel under a general retainer because of the extensive legal services required. A schedule of the hourly rates currently charged by Counsel is attached hereto as Exhibit B.

10. No committee of creditors has been appointed or designated herein, and no notice need be given of the appointment of Counsel.

11. Counsel was paid a retainer by the Debtor in the amount of $58,102.19. A separate application is being filed for approval of the retainer on notice to creditors. The Debtor paid pre-petition fees and costs in the amount of $25,674.00.

12. It is necessary to avoid immediate and irreparable harm that the Court approve the Debtor's retention of Counsel pursuant to Bankruptcy Rules 2014 and 6003. It is critical to the Debtor that the Debtor file pleadings and be represented by counsel during the first 20 days of the case.

WHEREFORE, the Debtor respectfully requests that he be authorized to employ and appoint Kutner Miller Brinen, P.C. to represent him as a Debtor and Debtor-in-Possession in this case under Chapter 11 of the Bankruptcy Code, and for such further and additional relief as the Court may deem proper.

DATED: March 21, 2011

Respectfully submitted,

By: _____
David M. Miller #17915

**KUTNER MILLER BRINEN, P.C.**
303 East 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Telecopy: (303) 832-1510

## CERTIFICATE OF SERVICE

    The undersigned certifies that on March 21, 2011, a copy of the foregoing **APPLICATION TO EMPLOY ATTORNEYS** was mailed in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) interested parties at the following addresses:

Murray I. Weiner, Esq.
102 S. Tejon St.
Ste. 900
Colorado Springs, CO 80903

Bart B. Burnett, Esq.
1660 Lincoln St.
Ste. 1900
Denver, CO 80264

Alison Goldenberg, Esq.
999 18th St
Suite 1551
Denver, CO 80202

                                                  *s/ Angela R. Upton*
                                                  Angela R. Upton

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-15491 ABC |
| ROBERT D. MORDINI, JR. ) | |
| SSN: xx-xxx-7513 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**VERIFIED STATEMENT OF ATTORNEY**

1. I a shareholder with Kutner Miller Brinen, P.C.

2. Kutner Miller Brinen, P.C. (the "Firm") are attorneys and counselors of law duly admitted to the practice of law in the State of Colorado and this Court.

3. The Firm's offices for the practice of law are located at 303 East 17th Avenue, Suite 500, Denver, Colorado 80203.

4. The Firm does not represent any party in interest adverse to the interest of the Debtor. The Firm does not represent any creditor of the Debtor. The Firm is disinterested as defined by 11 U.S.C. Section 101(14) and does not have or represent an interest materially adverse to the interest of the estate or of any class of creditors.

5. The Firm is not aware of any other connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

6. The Firm was paid a pre-petition retainer in the amount of $58,102.19.

7. The statements contained in the Application to Employ Attorneys are true and correct to the best of our knowledge and belief.

_____
David M. Miller

Subscribed and sworn to before me this 21st day of March, 2011 at Denver, Colorado.

Witness my hand and official seal.

My commission expires: 1/5/14

_____
Notary Public

**Exhibit A**

## EXHIBIT B
## PROFESSIONAL HOURLY RATES

### ATTORNEYS

| | |
|---|---|
| Lee M. Kutner | $420.00/hour |
| David M. Miller | $320.00/hour |
| Jeffrey S. Brinen | $360.00/hour |
| Jenny M.F. Fujii | $270.00/hour |
| Aaron A. Garber | $320.00/hour |
| Benjamin H. Shloss | $220.00/hour |
| Robert J. Shilliday, III | $230.00/hour |
| Katherine G. Foley | $120.00/hour |
| | |
| Paralegals | $ 60.00/hour |