**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re:     ROBERT D. MORDINI, JR. | ) ) ) ) ) ) ) | Chapter 11<br>Case No: 11-15491-ABC |
| Debtor | | |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF
THE MOTION BY LEGACY BANK TO EXTEND THE TIME FOR FILING A
COMPLAINT OBJECTING TO THE DISCHARGE OF ROBERT D. MORDINI, JR.
OR TO DETERMINE THE DISCHARGEABILITY OF CERTAIN DEBTS**

**OBJECTION DEADLINE: July 5, 2011**

**YOU ARE HEREBY NOTIFIED** that Legacy Bank has filed its Motion to Extend the Time for Filing a Complaint Objecting to the Discharge or Dischargeability of Certain Debt. A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's office, 721 19th Street, First Floor, Denver, CO 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis of the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approved or grant the requested relief without any further notice to creditors or other interested parties.

Dated this 17th day of June, 2011.

                                                          MULLIKEN WEINER KARSH BERG & JOLIVET, P.C.

                                                          By:    /s/ Murray I. Weiner
                                                                   Murray I. Weiner
                                                                   Trevor J. Young
                                                                   102 S. Tejon St., Ste. 900
                                                                   Colorado Springs, CO 80903
                                                                   *Attorneys for Creditor Legacy Bank*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 17, 2011, I served by prepaid first class mail a copy of the following:

(1) Notice Pursuant to Local Bankruptcy Rule 9013-1 of The Motion by Legacy Bank to Extend the Time for Filing a Complaint Objecting to the Discharge of Robert D. Mordini, Jr.or to Determine the Dischargeability of Certain Debts;

(2) Motion of Legacy Bank To Extend the Time for Filing a Complaint Objecting to the Discharge of Robert D. Mordini, Jr.or to Determine the Dischargeability of Certain Debts; *and*

(3) Proposed Order Extending the Time for Filing a Complaint Objecting to the Discharge of Robert D. Mordini, Jr. or to Determine the Dischargeability of Certain Debts on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | | |
|---|---|---|
| Robert D. Mordini, Jr. | Casie D. Collignon | David M. Miller |
| 5275 DTC Parkway | Lars H. Fuller | 303 E. 17th Ave. Ste. 500 |
| Greenwood Village, CO 80111 | 303 East 17th Ave. Ste. 1100 | Denver, CO 80203 |
| | Denver, CO 80203-1264 | |
| | | |
| US Trustee | Alison Goldenberg | Brian P. Gaffney |
| 999 18th St. Ste. 1551 | 999 18th St. Suite 1551 | Holly R. Shilliday |
| Denver, CO 80202 | Denver, CO 80202 | 1200 17th St., Ste. 1900 |
| | | Denver, CO 80202 |

Neal H. Levin
Wendy E. Morris
311 South Wacker Dr. Ste. 3000
Chicago, IL 60606-6677

/s/ Murray I. Weiner
Murray I. Weiner

2